John A. COCHRANE, petitioner,
v. TUDOR OAKS LIMITED
PARTNERSHIP.
No. 97-973.

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.